## JOEL FLYNN, Respondent, v. JAMES R. TRAVERS, Appellant.

### No. 1025; May 19, 1856.

**Appeal—Frivolous Appeal—Penalty.**—An appeal by a defendant from a money judgment, where the answer controverted no fact set up in the complaint, and no evidence of payment was offered at the trial, is a frivolous appeal, warranting affirmance of the judgment and the adding of twenty per cent damages.

APPEAL from Twelfth Judicial District, San Francisco County.

Baker & Weston for respondent; J. C. Stebbins for appellant.

TERRY, J.—The allegations of the complaint, which are none of them controverted by the answer, are abundantly sufficient to entitle plaintiff to recover. And as defendant offered no evidence in support of his plea of payment, judgment was properly entered against him.

Judgment affirmed, with costs, and twenty per cent damages for the frivolous appeal.

I concur: Murray, C. J.